UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 24-11035-LMI |
| LUIS LEONEL RODRIGUEZ BLANCO, | Chapter 7 |
| Debtor./ | |

**TRUSTEE'S MOTION FOR EXTENSION OF TIME TO
OBJECT TO THE DEBTOR'S DISCHARGE AND CLAIMED EXEMPTIONS**

Ross R. Hartog, the Chapter 7 Trustee ("Trustee"), extending the Trustee's deadlines to object to the Debtor's discharge and claimed exemptions. In support of the Motion, the Trustee states as follows:

**Background**

1. On January 31, 2024 (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code. Thereafter, Ross R. Hartog was duly appointed as Chapter 7 Trustee.

2. The Section 341 Meeting of Creditors was conducted and concluded on April 5, 2024.

3. The Trustee and the Debtor are in the process of settling a demand asserted by the Trustee.

4. Pending the resolution of same, the Trustee is requesting that the discharge and exemptions deadline be extended up through and including July 2, 2024.

5. The Trustee has attempted to contact the counsel for Debtor to obtain consent to Motion, but to date has not received a response.

6. This Motion is filed in good faith and not for purposes of delay.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order (a) granting the Motion; (b) extending the deadline for the Trustee to objection the Debtor's discharge and

claimed exemptions up to and including July 2, 2024; and (c) for such other relief as the Court may deem equitable and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served via email on May 2, 2024, by the Court's BNC.

Dated: May 2, 2024      /s/ Ross R. Hartog
ROSS R. HARTOG, CHAPTER 7 TRUSTEE
P.O. Box 14306
Fort Lauderdale, FL 33302
Telephone: (954) 767-0030